FILED - GR
August 31, 2023 9:03 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: NS 8/31/23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JENNIFER GARRETT,

    Defendant.

_____/

1:23-cr-111
Robert J. Jonker
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

## Conspiracy to Smuggle Drugs Into the United States

Beginning in or about September 2018 and continuing until in or about October 2021, in Muskegon County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

**JENNIFER GARRETT,**

and others both known and unknown, knowingly and voluntarily combined, conspired, confederated, and agreed with each other to smuggle goods into the United States contrary to law, in violation of Title 18, United States Code, Section 545, namely, unapproved, misbranded prescription drugs and controlled substances, in violation of Title 21, United States Code, Sections 331 and 841.

18 U.S.C. §§ 371, 545

Date: August 30, 2023

MARK A. TOTTEN
United States Attorney

*(signed)*

STEPHANIE M. CAROWAN
Assistant United States Attorney